## REBECCA SIMONS v. DAVID W. SIMONS.

[See ante, p. 253.]

*Dismissal of premature appeal.*

Where a divorce case is heard in open court it is not necessarily ground for the dismissal of the appeal that it was taken before the case was settled. Where no harm results from such a course it raises a mere question of regularity and the appeal will stand *nunc pro tunc*.

Motion to dismiss.   Submitted Oct. 11.   Denied Oct. 12.

*Otto Kirchner* for the motion.

*Charles M. Swift* (for *A. E. Hawes*) against.

---

## SHUBAEL F. WHITE, RELATOR v. KENT CIRCUIT JUDGE

*Pleas puis darrein continuance.*

A plea of payment of a judgment in garnishment *puis darrein continuance* was held good where a former plea, alleging that defendant had been garnished, had been withdrawn by leave of the court and the plea of payment on a judgment in the same proceeding in garnishment had been made in lieu of it.

Mandamus to require respondent to restore to the files a plea *puis darrein continuance* which had been overruled on demurrer in justice's court, and which, on appeal, had been stricken from the files on plaintiff's motion.   Submitted and granted with costs October 11.

*White & McMahon* for the motion.

*John C. Quinsey* against.